IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AUTOSHOP SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF JAMIE KIRKMAN** |
| v. | ) | |
| | ) | |
| MASTEC NORTH AMERICA, INC., and | ) | |
| MASTEC NORTH CAROLINA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Jamie Kirkman, after being duly sworn, deposes and states as follows:

1.　　My name is Jamie Kirkman. I am Senior AGL Claim Manager for MasTec North America, Inc., and I make this affidavit based on my personal knowledge and experience.

2.　　I am familiar with Plaintiff's claims in this action and the subject incident alleged by Plaintiff in this action. I am further familiar with the Defendant entities named in this action, and I have confirmed that MasTec North Carolina, Inc. was not an entity involved in nor did it have any relationship to the subject incident giving rise to this matter. This action is for damages arising from the alleged conduct of Defendant MasTec North America, Inc.

3.　　Prior to this action, Plaintiff claimed damages relating to the alleged incident that totaled in excess of $200,000.00.

Jamie Kirkman
Senior AGL Claim Manager
MasTec North America, Inc.

Dated: December 6 , 2018.

Randolph County, North Carolina

Sworn to and subscribed before me
This the 6 day of December, 2018

Notary Public

My commission expires:

Natasha C. Reese
Notary Public
Randolph Co, NC
My Comm. Exp. 1/29/2023